In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-03-595 CV


____________________



CINDY LEE BYRD, Appellant



V.



JERRY MICHAEL BYRD, Appellee






On Appeal from the 163rd District Court


Orange County, Texas


Trial Cause No. B-030194-D






MEMORANDUM OPINION (1)


 Cindy Lee Byrd, appellant, filed a motion to dismiss this appeal. The Court finds
that this motion is voluntarily made by the appellant prior to any decision of this Court and
should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal.

 It is, therefore, ORDERED that the motion to dismiss be granted and the appeal is
therefore DISMISSED. 

 PER CURIAM


Opinion Delivered September 30, 2004 

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.